FILED IN CLERK'S OFFICE
J.S.D.C.-Atlanta

NOV 17 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

## In the United States District Court Northern District of Georgia

| Amanda U. Ajuluchuku, Plantiff vs. Randstad North America Defendant | Civil Action File No: 1:05-MI-0256 Objection to Magistrate Judge Janet King's Order and Recommendation Motion for Reconsideration November 30, 2005 |
|---|---|

Amanda U. Ajuluchuku
P. O. Box 95343
Atlanta, GA 30347
Phone (404) 247-3199

November 17, 2005

District Judge
U.S. District Court of Georgia
2211 Courthouse Street
75 Spring Street, Suite 2211
Atlanta, GA 30303

    Your Honor, I would like to object to Magistrate Judge Janet King's Order in the above-captioned case and future civil cases. My reasons are proper as follows:

1). On October 21, 2005, I submitted the restraining order from Judge Ronald Leighton from U.S District Court to the clerk's office. Judge Ronald Leighton sent me a huge envelope containing all the cases that I filed in Washington. In the envelope, he enclosed the restraining order. The clerk's office listed it as "documents from Washington and other states." As you are well aware, I have lived in various states since I started filing these suits. I misplaced the restraining order from Maryland. However, I printed it from their web site. It has been costly due to my forma pauperis status.

2). Again, I do not have the filing fee of $250.00 due to my dire financial status. Actually, I would like to pay the filing fee at a later time. In other words, the court would deduct the amount at a later time.

3). On November 14, 2005 (the day that Magistrate Judge Janet King) issued this order and recommendation, I charged the Sun Trust Banks Inc, case to my credit card with credit limit $300.00 because I am experiencing severe pains in my foot. Every day, I wear a cast on my ankle.

4). In the event of either mediation or trial, I would be able to participate. These defendants can afford to hire an attorney to defend them in Georgia. Furthermore, these defendants can afford to fly their witnesses to Atlanta, Georgia. Again, federal courts cater to the needs of plaintiffs or defendants under federal question, government, diversity as indicated on the civil cover sheet.

5). I have continued to undergo discrimination. Filing these cases in Forma Pauperis will eliminate future discrimination. My son, father, and I have paid a huge price. A

Seeking Leave to File      AMANDA U. AJULUCHUKU

female Police Officer of the Baltimore County Police kidnapped my only child on June 20, 2003 (the day before my birthday on June 21, 2003). Four months later, my father died due to all the obsessions and discrimination my son and I have suffered for a long time. "America is a free country for all" (President Jefferson, 1776). These defendants "killed my father" and "kidnapped my son" as in the K word.

6).     I have not seen my son since July 18, 2003. I have not spoken to my son since February 14, 2005. The fact that many courts have continued to dismiss my cases because I did not state why relief should be granted has prompted many discriminatory acts. Thus, and thus, I have continued to suffer discrimination. I would like to file cases such as Homestead Studios, Spherion, Pro Staffing, Fed Ex Corporation. <u>These new cases are based upon my disability and national origin. They originated from Atlanta, Georgia. Again, America is a free country for all. However, it has been a struggle.</u>

7).     I hold a Bachelors degree in Accounting from City University of New York. Yet many employers have continued to discriminate against me based upon my disability. Due to my disability, I excel in Advanced projects as opposed to basic ones.

8).     I believe in the court system. My son and I have been undergoing discrimination since 1995. I graduated to filing lawsuits in 2003 because my son was kidnapped. I file these lawsuits on behalf of all children. Every second, a child is molested, kidnapped, tortured, starved, and injured. My son has suffered all of the above. I have donated many of my belongings to children in Africa, America, and Europe. It is the reason that I sue for a huge amount.

9).     Your Honor, you are well aware that I have filed many cases since my son's kidnapping on June 20, 2003. These defendants have devised another method to hide their hideous crimes. They seek female judges who are easily swayed by emotions. Other times, they rely on male judges who they can easily win over to restrain me. The truth of the matter is that my son, my father, and I have paid a huge price. These obsessive minds will continue preying upon us like a vulture until you stop them. They are more interested in stopping me from filing cases as opposed to stopping discrimination. I promised my son and father that I will eradicate discrimination. I believe in the judicial system. I refuse to stoop low to their levels. I learned to voice out my anger, frustrations, and disappointments over the phone and in writing. I would never fathom of getting upset outside my home. I would not give them the ammunition.

10).    November 17, 2005 will mark my son's twentieth birthday. It is the reason that I am objecting to Magistrate's Order and Recommendations. Your Honor, I pray that you would hear my voice and allow me to file some of these cases, if not all in Forma Pauperis. Again, I am enclosing a copy of Judge Jerry W. Baxter's business card. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)
Enclosures: A copy of Judge Jerry Baxter's business card

Seeking Leave to File                                              AMANDA U. AJULUCHUKU